UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

JOSEPH SCHRIVER,

    Plaintiff,

v.                                    Case No.: _____

HEALTHEON, INC.,

    Defendant.
_____/

## INITIAL COMPLAINT

COMES NOW the plaintiff, Joseph Schriver, by and through his undersigned counsel, and hereby files this Initial Complaint against defendant, Healtheon, Inc., and alleges:

### *I. Jurisdiction and Venue*

1. This Court has jurisdiction of this cause pursuant to 28 U.S.C. § 1331 insofar as claims arise under the Fair Labor Standards Act, codified at 29 U.S.C. § 201, *et seq.*

2. Venue is appropriate in this Court pursuant to 28 U.S.C. §1391(b) and (c) because the claims arose in this district, defendant has an office and operates in this district, plaintiff was employed, paid, and worked in this district, all causes of action accrued in this district, and defendant is subject to personal jurisdiction in this district.

## II. Parties

3. Plaintiff, Joseph Schriver, is a former employee of defendant.

4. At all times relevant hereto, defendant employed two or more persons engaged in interstate or foreign commerce and/or engaged in handling and working on goods and materials that have moved in interstate or foreign commerce, and upon information and belief has had revenues exceeding $500,000 per year.

## III. Factual Allegations

5. Plaintiff began working for defendant in or around September of 2009 as a project manager. He performed his duties in various southern states, but plaintiff's main work site was located at 201 St. Charles Avenue, #513. New Orleans, Louisiana, 70170.

6. Throughout his employment with defendant, plaintiff held the position of project manager.

7. Plaintiff was qualified for the position which he held with defendant.

8. Despite his position, plaintiff was employed on an hourly basis and received an hourly rate for each hour of work he completed on behalf of defendant.

9. Plaintiff often worked in excess of forty (40) hours per work week.

10. Nevertheless, defendant failed to pay him any overtime compensation as required by law.

## IV. Count I -- Violation of Fair Labor Standards Act (Overtime Compensation)

11. Plaintiff realleges and incorporates herein paragraphs 1 through 10, above.

12. Defendant is subject to, and not exempt from, the provisions of the FLSA.

13. Plaintiff was not employed in a bona fide executive, administrative, or professional capacity, or in the capacity of an outside salesperson. Additionally, there were no other exemptions under the FLSA which would be applicable to plaintiff.

14. Plaintiff was entitled to, and not exempt from, the protections and provisions of the FLSA.

15. During his employment with defendant, plaintiff routinely worked in excess of 40 hours per week. Nevertheless, defendant failed to compensate him at the legally required rate for those overtime hours.

16. Throughout plaintiff's employment with defendant, defendant was fully aware of the FLSA and the obligations imposed by it to pay overtime compensation.

17. Nevertheless, defendant willfully and intentionally failed and refused to properly compensate plaintiff and pay his overtime wages. Such conduct of defendant constituted a violation of the FLSA, as well as a willful and intentional violation thereof.

18. As a result of defendant's violation of the FLSA, plaintiff has been denied compensation for his labor at the legally required rate.

19. Moreover, plaintiff has had to retain an attorney in order to collect the overtime wages owed to him by defendant.

WHEREFORE, plaintiff demands judgment against defendant for all unpaid overtime compensation; an additional equal amount as liquidated damages; interest, including pre-judgment interest; costs; attorneys' fees; and any other relief to which he may be entitled.

*Plaintiff demands jury trial on all issues contained in this Initial Complaint which are so triable.*

                                      /s/ Jimmy A. Castex, Jr.
                                      Jimmy A. Castex, Jr. (24339)
                                      Deutsch Kerrigan & Stiles, LLP
                                      755 Magazine Street
                                      New Orleans, LA  70130
                                      Tel. No. (504) 593-0607
                                      jacastex@dkslaw.com
                                      Attorneys for Joseph Schriver

PLEASE SERVE:

HEALTHEON, INC.
THROUGH JASMEET S. WALIA
201 ST. CHARLES AVENUE
SUITE 4310
NEW ORLEANS, LA  70170

4